*The administration of the Goods of* DANIEL ANGEVINE.

BENJ. J. BLANKMAN, *for Petitioner.*
CHARLES CHENEY, *for Levi Angevine.*

THE SURROGATE. Ann Angevine, claiming to be the widow of Daniel Angevine, deceased, intestate, petitioned the Surrogate to revoke letters of administration theretofore issued to Levi Angevine, brother of the intestate, and

to Nelson Duckworth, joined with the brother in the administration. . The question of the petitioner's marriage to Daniel Angevine was tried; the Surrogate held the marriage proven, and entered an order, October 2, 1865, revoking the letters and removing the administrators, and granting letters to the petitioner as widow.

From this order Levi Angevine and Nelson Duckworth appealed, and the appeal is still pending. (See *p.* 195, *ante.*)

The appeal, being from an order removing an administrator (*R. S.,* 3*d vol.,* 5*th ed., p.* 907, § 27), does not affect the order appealed from until the same be reversed. Ann Angevine is the only administratrix known to the Surrogate, until a higher tribunal shall otherwise decide. (And see same *vol., p.* 167, § 74.)

Annie Elizabeth Angevine, a minor, daughter of the said Ann, claiming to be next of kin of the intestate, now presents her petition by her general guardian, reciting the grant of letters in the first instance to Levi Angevine and Nelson Duckworth, as administrators, and claiming that she was not a party to the proceeding on the grant of those letters, and that a fraud was practiced upon the Surrogate by the averment in Levi Angevine's petition that the intestate was never married, and praying the revocation of the letters issued to Levi Angevine and Duckworth as fraudulently obtained.

This, then, is an application that the Surrogate again declare what he has already declared on a former proceeding, and what he has enforced, to the extent of his power, namely, that Levi Angevine and Duckworth are not entitled to administer. By the decree of this Court and the statute, Ann Angevine is the administratrix of the goods of this intestate, until my order be reversed. I have no longer anything to do with Levi Angevine and Duckworth; my power is spent as to them, and I cannot recognize them as administrators. It follows, of course, that I cannot again remove them from their trust.